**FILED**
**FEB - 6 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC.<br>One Icon<br>Foothill Ranch, California 92610,<br><br>    Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>    Defendants. | Case No.:<br><br>**07 0275** |

## ORDER GRANTING MOTION TO FILE COMPLAINT AND MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER UNDER SEAL

Before this Court is Plaintiff Oakley, Inc.'s Motion to File Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order Under Seal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Oakley, Inc.'s Motion to File Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order Under Seal in this proceeding is GRANTED.

_____
JUDGE; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

February 6, 2007

ISSUED: 12:00 p.m.

::ODMA\PCDOCS\WSH\413037\1

3