UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC.<br>One Icon<br>Foothill Ranch, California 92610,<br><br>    Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>    Defendants. | Case No.: |

PLAINTIFF'S DISCLOSURE STATEMENT
FILED PURSUANT TO LOCAL CIVIL RULE 26.1

  Undersigned, counsel of record for plaintiff Oakley, Inc. ("Oakley") certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Oakley which have any outstanding securities in the hands of the public. This representation is made in order that judges of this court may determine the need for recusal.

Dated: February 2, 2007    Respectfully submitted,

               /s/ Ivan J. Snyder
               Stephen R. Smith
               D.C. Bar No. 453719
               Ivan J. Snyder
               D.C. Bar No. 498461
               POWELL GOLDSTEIN LLP
               901 New York Avenue, N.W.
               Third Floor
               Washington, D.C. 20001
               202-347-0066
               202-624-7222 (Facsimile)

               ATTORNEYS FOR PLAINTIFF
               OAKLEY, INC.

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

::ODMA\PCDOCS\WSH\412981\1

221952 v1

2