UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC. </br></br> Plaintiff, </br></br> vs. </br></br> VARIOUS JOHN DOES NOS. 1-300, and XYZ COMPANIES NOS. 1-20, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.: 07-0275 (RCL) </br> ) </br> ) </br> ) </br> ) </br> ) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Oakley, Inc. ("Oakley") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1. On March 1, 2007, Oakley executed seizures under the terms of this Court's February 7, 2007 Order.

2. During those seizures, Oakley identified a vendor who was trading in counterfeit Oakley merchandise. The vendor is identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Oakley requests that the Court enter the Order submitted herewith naming the identified vendor individually as a defendant in this action.

WHEREFORE, Oakley respectfully requests that the Court grant its Motion to Substitute Named Defendants for John Does and grant it such other and further relief to which it may be justly entitled.

        Respectfully submitted,

/s/ Stephen R. Smith_____
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
OAKLEY, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

Dated: March 6, 2007

::ODMA\PCDOCS\WSH\415122\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 07-0275 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF SERVICE

1.    My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.    When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Second Amended Complaint; Plaintiff's Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3.    On March 1, 2007, service was effected on Kings Discount Store LLC, a business establishment located at 620 H St. N.E., Washington, D.C. 20002. Five hundred and fifteen counterfeit Oakley items were seized.

2

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Dated:    March 6, 2007
                   Washington, D.C.

                                              /s/ Jack Smalley
                                              Jack Smalley

::ODMA\PCDOCS\WSH\415123\1

2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC., )
 )
    Plaintiff, )
 )
vs. )
 ) Case No.: 07-0275 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20, )
 )
    Defendants. )
 )
 )
 )
 )

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

XYZ Company 1 is Kings Discount Store LLC.

Dated: _____          SO ORDERED:


                                        _____
                                        Royce C. Lamberth
                                        UNITED STATES DISTRICT JUDGE
                                        FOR THE DISTRICT OF COLUMBIA

::ODMA\PCDOCS\WSH\415125\1