UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC.<br>One Icon<br>Foothill Ranch, California 92610,<br><br>        Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>        Defendants. | Case No.:   07-0275 (RCL) |

## PLAINTIFF'S MOTION TO UNSEAL

Plaintiff Oakley, Inc. hereby moves to unseal this matter and states as follows:

On February 6, 2007, this Court granted Plaintiff's motion to file the Complaint and Motion for Ex Parte Temporary Restraining Order ("the Complaint and Motion") in this matter under seal. Plaintiff required some element of surprise so that the vendors and shopkeepers did not remove these items from display before they were seized. Plaintiff has executed seizures of these items and did not publicize the requested seizures as required under under 15 U.S.C. §1116(d)(4)(b)(ii). However, the order sealing this matter is no longer necessary and Plaintiff requests that it be lifted.

WHEREFORE, Oakley, Inc. prays that this Court enter an order unsealing this matter.

Dated: March 6, 2007

Respectfully submitted,

/s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
OAKLEY, INC.

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC.<br>One Icon<br>Foothill Ranch, California 92610,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>　　　　　　Defendants. | Case No.:   07-0275 (RCL) |

### ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Oakley, Inc.'s Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Oakley, Inc.'s Motion to Unseal in this proceeding is GRANTED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

March __, 2007

ISSUED: _____ _.m.

::ODMA\PCDOCS\WSH\415872\1