UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC. )
One Icon )
Foothill Ranch, California 92610, )
)
        Plaintiff, )
) Case No.:  07-0275 (RCL)
vs. )
)  **FILED**
VARIOUS JOHN DOES NOS. 1-300, )
and XYZ COMPANIES NOS. 1-20, ) MAR - 7 2007
)
        Defendants. ) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT

### ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Oakley, Inc.'s Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Oakley, Inc.'s Motion to Unseal in this proceeding is GRANTED.

                                                    ROYCE C. LAMBERTH
                                                    UNITED STATES DISTRICT JUDGE
                                                    FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

March 7, 2007

ISSUED: 5:25 p.m.

::ODMA\PCDOCS\WSH\415872\1