UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC.,                                )
                                             )
      Plaintiff,                          )
                                             )
vs.                                          )
                                             )  Case No.: 07-0275 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and            )
XYZ COMPANIES NOS. 1-20,                     )
                                             )      **FILED**
      Defendants.                         )
                                             )      MAR - 7 2007
                                             )
                                             )  NANCY MAYER WHITTINGTON, CLERK
                                             )         U.S. DISTRICT COURT

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

    XYZ Company 1 is Kings Discount Store LLC.

Dated: __3/7/07__                    SO ORDERED:

 

                                               _____
                                               Royce C. Lamberth
                                               UNITED STATES DISTRICT JUDGE
                                               FOR THE DISTRICT OF COLUMBIA

::ODMA\PCDOCS\WSH\415125\1