UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC., )
       Plaintiff, )
vs. )
        ) Case No.: 07-0275 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20, )
       Defendants. )

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

John Doe 1 is Larry Costello Micheal.

Dated: 8/9/07

SO ORDERED:

Royce C. Lamberth
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

ODMA\PCDOCS\WSH\428920\1