UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No.: 07-0275 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LINE WITHDRAWING COUNSEL OF RECORD

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Stephen R. Smith as Lead Counsel of Record for the Plaintiff, Oakley, Inc. Ivan J. Snyder will remain as Counsel of Record and can be contacted at:

Ivan J. Snyder, Esq.
DC Bar No. 498461
Powell Goldstein LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
(202) 624-7239
(202) 624-7222 (facsimile)

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Stephen R. Smith
　　　　　　　　　　　　　　　　　Stephen R. Smith
　　　　　　　　　　　　　　　　　DC Bar No. 453719
　　　　　　　　　　　　　　　　　POWELL GOLDSTEIN LLP
　　　　　　　　　　　　　　　　　901 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　Third Floor
　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　202/347-0066
　　　　　　　　　　　　　　　　　202/624-7222 (Facsimile)

　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　　OAKLEY, INC.

2

WITHDRAWING COUNSEL:
    /s/Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719

OF COUNSEL

Brian W. Brokate
Angelo E.P. Mazza
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212/688-5151
212/688-8315 (Facsimile)

Dated: January 24, 2008

::ODMA\PCDOCS\WSH\442981\1