UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC.<br><br>        Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>        Defendants. | Case No.:  07-0275 (RCL) |

## RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED

   I hereby certify under penalty of perjury, on this 18th day of March 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

   1.   On March 1, 2007, service was effected on Kings Discount Store LLC, a business establishment located at 620 H St. N.E., Washington, D.C. 20002.

   2.   On June 6, 2007, service was effected on Larry Costello Micheal, who was vending at 510 10th St., NW., Washington, D.C.  Mr. Micheal resides at 701 Madison St. NW, #100, Washington, D.C. 20011.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 18, 2008

Respectfully submitted,

 /s/ Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
OAKLEY, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

::ODMA\PCDOCS\WSH\445782\1