UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC. )<br>        Plaintiff, )<br>         )<br>vs. )<br>         )<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>        Defendants. ) | Case No.: 07-0275 (RCL) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

    COMES NOW Oakley, Inc. ("Oakley") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

    1.    On March 27, 2008, April 16, 2008, May 7, 2008, and May 29, 2008, Oakley executed seizures under the terms of this Court's March 11, 2008 Order.

    2.    During those seizures, Oakley identified vendors who were trading in counterfeit Oakley merchandise. The vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

    3.    Based on that declaration, Oakley requests that the Court enter the Order submitted herewith naming the identified vendor individually as a defendant in this action.

    WHEREFORE, Oakley respectfully requests that the Court grant its Motion to Substitute Named Defendants for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
OAKLEY, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

Dated:   July 31, 2008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC., )
 )
    Plaintiff, )
 )
vs. )
 )  Case No.: 07-0275 (RCL)
VARIOUS JOHN DOES NOS. 1-300, and )
XYZ COMPANIES NOS. 1-20, )
 )
    Defendants. )
 )

### ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

    John Doe 2 is Xiu Wong; and

    John Doe 3 is Kamar Adu.

Dated: _____   SO ORDERED:

_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC. )<br>)<br>        Plaintiff, )<br>)<br>    vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>        Defendants. )<br>) | Case No.: 07-0275 (RCL) |

### DECLARATION OF SERVICE

1.      My name is Jack Smalley.  I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below.  I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2.      When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Second Amended Complaint; Plaintiff's Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3.      On March 27, 2008, service was effected on the following individuals and/or business establishments:

(a)     Xiu Wong, who was vending on the 1309 5th Street NE, Washington, D.C. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Nine counterfeit items were seized.

(b)     John Doe, who was vending at the 600 block of Jefferson Drive, SW, Washington, D.C.  Sixty-four counterfeit items were seized; and

      (c)    John Doe, who was vending at the 1100 block of Madison Drive NW, Washington, D.C. Thirty-six counterfeit items were seized; and

      (d)    John Doe, who was vending at the 1200 block of Madison Drive NW, Washington, D.C. One hundred and four counterfeit items were seized; and

4.    On April 16, 2008, service was effected on John Doe, who was vending on the 1100 block of Madison Drive, NW, Washington, D.C. Sixty-nine counterfeit items were seized.

5.    On May 7, 2008, service was effected on the following individual and/or business establishments:

      (a)    John Doe, who was vending at the 3200 block of O Street NW, Washington, D.C. Ninety-two counterfeit items were seized; and

      (b)    John Doe, who was vending at the 1200 block of Madison Drive NW, Washington, D.C. Thirty-six counterfeit items were seized.

6.    On May 29, 2008, service was effected on the following individual and/or business establishments:

      (a)    John Doe, who was vending at the 400 block of Jefferson Drive SW, Washington, D.C. Seventy-four counterfeit items were seized; and

      (b)    John Doe, who was vending at the 700 block of Madison Drive NW, Washington, D.C. Fifty-one counterfeit items were seized; and

      (c)    Kamar Adu, who was vending at the 1200 block of Wisconsin Drive NW, Washington, D.C. Mr. Adu does not have a fixed address. Twenty-two counterfeit items were seized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2008
Washington, D.C.

/s/ Jack Smalley
Jack Smalley