UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC. )<br>                              )<br>       Plaintiff,     )<br>                              )<br>   vs.                   )<br>                              )<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>                              )<br>       Defendants.   )<br>                              ) | Case No.: 07-0275 (RCL) |

**RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED**

      I hereby certify under penalty of perjury, on this 11th day of August 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

      1.     On March 27, 2008, service was effected on Xiu Wong, who was vending on the 1309 5th Street NE, Washington, D.C. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Nine counterfeit items were seized.

      2.     On May 29, 2008, service was effected on Kamar Adu, who was vending at the 1200 block of Wisconsin Drive NW, Washington, D.C. Mr. Adu does not have a fixed address. Twenty-two counterfeit items were seized.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 11, 2008

                                                 Respectfully submitted,

                                                 _/s/ Ivan J. Snyder_____
                                                 Ivan J. Snyder
                                                 D.C. Bar No. 498461
                                                 POWELL GOLDSTEIN LLP
                                                 901 New York Avenue, N.W.
                                                 Third Floor
                                                 Washington, D.C. 20001
                                                 202-347-0066
                                                 202-624-7222 (Facsimile)

                                               ATTORNEYS FOR PLAINTIFF
                                               OAKLEY, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

5196849-1                                               2