UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC. )<br>)<br>　　　　Plaintiff, )<br>)<br>　vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>　　　　Defendants. )<br>) | Case No.: 07-0275 (RCL) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

    I hereby certify under penalty of perjury, on this the 11th day of August 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

    1.    On March 1, 2007, service was effected on Kings Discount Store LLC.

    2.    On June 6, 2007, service was effected on Larry Costello Micheal.

    3.    On March 27, 2008, service was effected on Xiu Wong.

    4.    On, May 29, 2008, service was effected on Kamar Adu.

    I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiff; and that each defendant is neither an infant nor an incompetent person.  An affidavit certifying that the above-named individuals are not engaged in military service is attached hereto as Exhibit A.

    The Clerk is hereby requested to enter a Default against said defendants.

Dated: August 11, 2008              Respectfully submitted,


                                    /s/ Ivan J. Snyder
                                    Ivan J. Snyder
                                    D.C. Bar No. 498461
                                    POWELL GOLDSTEIN LLP
                                    901 New York Avenue, N.W.
                                    Third Floor
                                    Washington, D.C. 20001
                                    202-347-0066
                                    202-624-7222 (Facsimile)

                                    ATTORNEYS FOR PLAINTIFF
                                    OAKLEY, INC.

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  07-0275 (RCL) |
| | ) |
| VARIOUS JOHN DOES NOS. 1-300, and | ) |
| XYZ COMPANIES NOS. 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **MILITARY AFFIDAVIT**

I hereby certify under penalty of perjury, on this 11th day of August 2008, that I am the counsel of record for the plaintiff in the above-listed case and make this certificate in plaintiff's behalf. I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused a careful investigation to be made to ascertain whether or not the following defendants, Larry Costello Micheal, Xiu Wong and Kamar Adu, are in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendants are not in the military services of the United States or its Allies, that is to say each defendant named is not a member of the United States Air Force, Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendants are not on active duty with any branches aforesaid, nor are said defendants under training or education under the supervision of the United States preliminary to induction into the military services; and the defendants are not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor have said defendants been ordered to

report for induction under the Selection Training and Service Act of 1940, as amended, nor are the defendants members of the Enlisted Reserve Corps ordered to report for military service, but are employed as vendors.

Dated: August 11, 2008

Respectfully submitted,

/s/   Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
OAKLEY, INC.

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAKLEY, INC. )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>VARIOUS JOHN DOES NOS. 1-300, and )<br>XYZ COMPANIES NOS. 1-20, )<br>)<br>      Defendants. )<br>) | Case No.: 07-0275 (RCL) |

## **DEFAULT**

It appearing that the defendants named below, who were personally served with a summons and a copy of the complaint on the dates indicated, have failed to plead or otherwise defend this action, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of August 2008, declared that defendants Kings Discount Store LLC having been served on March 1, 2007, Larry Costello Micheal, having been served on June 6, 2007, Xiu Wong having been served on March 27, 2008, and Kamar Adu having been served on May 29, 2008, herein are in default.

                                                Nancy M. Mayer-Whittington, Clerk


                                  By:_____
                                          Deputy Clerk