Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC.
_____

    Plaintiff(s)

    V.

Civil Action No. 07-275 (RCL)

VARIOUS JOHN DOES NOS 1-300, AND
XYZ COMPANIES NOS. 1-20
_____

    Defendant(s)

RE: KINGS DISCOUNT STORE LLC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 1, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____ T. Curtis _____
                Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC.
_____
    Plaintiff(s)

    v.

Civil Action No. 07-275 (RCL)

VARIOUS JOHN DOES NOS 1-300, AND
XYZ COMPANIES NOS. 1-20
_____
    Defendant(s)

RE: LARRY COSTELLO MICHEAL

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 6, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC.

    Plaintiff(s)

V.

Civil Action No. 07-275 (RCL)

VARIOUS JOHN DOES NOS 1-300, AND
XYZ COMPANIES NOS. 1-20

    Defendant(s)

RE: XIU WONG

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 27, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OAKLEY, INC.

    Plaintiff(s)

V.

Civil Action No. 07-275 (RCL)

VARIOUS JOHN DOES NOS 1-300, AND
XYZ COMPANIES NOS. 1-20

    Defendant(s)

RE: KAMAR ADU

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 29, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk